# HINSHAW
& CULBERTSON LLP

Khardeen I. Shillingford
Direct Dial: 212-471-6208
kshillingford@hinshawlaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

## MEMO ENDORSED

February 20, 2008

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    *Ajaj v. MacKechnie, et al.*, 07 Civ. 5959 (PKC)(DCF)

Dear Judge Castel:

    I write as counsel for Maranda E. Fritz, one of the defendants in the above referenced case filed by Ahmad Ajaj and to request an extension of the time within which to file motions directed to the complaint. I make this request because I was out of the office last week attending to a family emergency and was not able to complete the submission.

    Based on these circumstances, I request an adjournment of one week to complete and file the motions. The Court has granted one previous request by the Government extending the time within which to answer or move to February 20, 2008. This request for an extension will not affect any of the other scheduled dates.

    I have not obtained the consent of the adversary as he is a pro se plaintiff and it is difficult if not impossible to be allowed to speak with him on short notice.

Respectfully,

HINSHAW & CULBERTSON LLP

Khardeen I. Shillingford

*[Handwritten endorsement by Judge Castel:]* I understand that last week, family emergency, etc. However, by waiting until today, the motion will not be on a unified schedule for all defendants. One schedule depends (although one suspects some may not be filed) well filed today. Plaintiff may have until March 14 to respond to all motions and all defendants shall have until March 17 to file any reply. Next time, please address other scheduled dates affected by the proposed adjournment. SO ORDERED. [signature] USDJ 2-20-08

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin
31026880v1 838180

Judge P. Kevin Castel
February 20, 2008
Page 2

cc:   AUSA John Clopper (By Facsimile)

   **By U.S. Mail**
   Ahmad Mohammad Ajaj
   40637-053
   United States Penitentiary
   P.O. Box 8500
   Florence, CO 81226-8500

31026880v1 838180