# HINSHAW
& CULBERTSON LLP

Khardeen I. Shillingford
Direct Dial: 212-471-6208
kshillingford@hinshawlaw.com

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2-20-08

ATTORNEYS AT LAW
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

## MEMO ENDORSED

February 20, 2008

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:   Ajaj v. MacKechnie, et al., 07 Civ. 5959 (PKC)(DCF)

Dear Judge Castel:

I write as counsel for Maranda E. Fritz, one of the defendants in the above referenced case filed by Ahmad Ajaj and to request an extension of the time within which to file motions directed to the complaint. I make this request because I was out of the office last week attending to a family emergency and was not able to complete the submission.

Based on these circumstances, I request an adjournment of one week to complete and file the motions. The Court has granted one previous request by the Government extending the time within which to answer or move to February 20, 2008. This request for an extension will not affect any of the other scheduled dates.

I have not obtained the consent of the adversary as he is a pro se plaintiff and it is difficult if not impossible to be allowed to speak with him on short notice.

Respectfully,

HINSHAW & CULBERTSON LLP

Khardeen I. Shillingford

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/22/08

*[Handwritten endorsement by Judge Castel:]* I understand the family emergency last week, but waiting until today, the motion will not be on a schedule. One schedule for one defendant Fritz and another schedule for all other defendants. That is unfortunate. All defendants will move until Feb 27 to move (although I suspect some may have filed or will file today). Plaintiff may have until March 14 to respond to all motions and all defendants shall have until March 17 to file any reply. (Next time please address other scheduled dates affected by the proposed adjournment.) SO ORDERED. /s/ USDJ

*[Additional handwritten note left side:]* Defendants may have until March 28 to file any reply. SO ORDERED. USDJ 2-21-08

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin
31026880v1 838180

2-20-08