

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
500 PEARL STREET, ROOM 2260
NEW YORK, NEW YORK 10007

RE: AJAJ v. MACKECHNIE, ET. AL., 07 CIV. 5959 (PKC)(DCF)

DEAR JUDGE CASTEL:

I RESPECTFULLY REQUEST "120" DAYS EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS DUE TO SPECIAL CIRCUMSTANCE BEYOND MY CONTROL. IN SUPPORT OF THIS REQUEST I STATE THE FOLLOWING:

1. ON 2-27-2008, I WAS TRANSFERRED FROM ADX-FLORENCE TO ISOLATED HOUSING UNIT IN U.S. PENITENTIARY - HIGH SECURITY IN COLORADO.

2. TO THIS PRESENT DAY I DID NOT RECEIVE DEFENDANT'S FRITZ MOTION TO DISMISS THAT WAS SCHEDULED TO BE FILED ON 2-25-2008.

3. IF DEFENDANT FRITZ MAILED A COPY OF THE MOTION TO MY OLD ADDRESS IT MAY TAKE WEEKS FOR ADX MAIL ROOM TO FORWARD IT TO ME.

4. ON OR AROUND 2-26-2008, I RECEIVED THE OTHER DEFENDANTS' MOTION TO DISMISS FILED BY MR. JOHN D. [CO]PPER, HOWEVER, WHEN I WAS TRANSFERRED I WAS NOT

[Handwritten endorsement:] Mr. Ajaj has elected to bring this lawsuit. I am happy to make certain allowances for the circumstances of his confinement but I cannot grant the four month adjournment that he seeks. Answering papers are due April 25, 2008. Any reply is due May 16. SO ORDERED. [signature], USDJ 3-11-08

MICROFILMED MAR 1 2 2008 - 12:00 PM

MEMO ENDORSED

ALLOWED TO TAKE THE MOTION OR ANY OF MY LEGAL PROPERTY WITH ME.

5. UPON INFORMATION AND BELIEF, IT WILL TAKE WEEKS FOR ME TO RECEIVE MY LEGAL MATERIALS RELATED TO THIS CASE FROM ADX-FLORENCE.

6. AT MY NEW ISOLATED HOUSING UNIT I AM NOT ALLOWED TO VISIT THE PRISON LAW LIBRARY TO CONDUCT THE NECESSARY RESEARCH.

7. AT MY NEW ISOLATED HOUSING UNIT I HAVE NO ACCESS TO LEGAL AID PROGRAMS OR JAILHOUSE LAWYERS OR ANYONE TO PERFORM LEGAL RESEARCH FOR ME.

8. AT MY NEW ISOLATED HOUSING UNIT I AM ONLY PROVIDED WITH ONE "1" WRITING PAPER PAD EACH MONTH.

9. AT MY NEW ISOLATED HOUSING I HAVE NO DIRECT ACCESS TO PHOTOCOPYING MACHINE.

10. THIS CASE IS VERY COMPLEX WITH TWENTY CAUSE OF ACTION.

11. PLAINTIFF IS SUFFERING FROM CHRONIC MEDICAL PROBLEMS AND HIS ENTIRE LEFT LUNG WAS REMOVED DUE TO CANCER AND HIS CHRONIC MEDICAL PROBLEMS EFFECTS HIS ABILITY TO DO HIS LEGAL WORK.

12. UPON INFORMATION AND BELIEF, THIS HONORABLE COURT WITHOUT ANY OPPOSITION FROM ME HAS GRANTED THREE "3" PREVIOUS REQUESTS BY MR. JOHN D. CLOPPER, AUSA, FOR EXTENSION OF TIME.

13. THE REQUESTED EXTENSION IS IN THE INTERESTS

OF JUSTICE AND BASED ON CIRCUMSTANCES BEYOND MY CONTROL.

14. PLAINTIFF HAS REQUESTED NO PREVIOUS EXTENSIONS OF TIME IN THIS MATTER AND TO DATE, ALL OF HIS FILINGS WITH THIS COURT HAVE BEEN MADE IN A TIMELY MANNER.

FOR THE ABOVE REASONS, PLAINTIFF RESPECTFULLY REQUESTS THAT "120" DAYS EXTENSION OF TIME BE GRANTED AND I BE GIVEN UNTIL JULY 11, 2008, TO FILE MY RESPOND TO DEFENDANTS' MOTIONS TO DISMISS. ALSO, I RESPECTFULLY REQUEST THAT THIS LETTER TO BE DOCKETED AS PART OF THE RECORD IN THIS CASE.

RESPECTFULLY SUBMITTED,

AHMED M. AJAJ #40637-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226-7000

CERTIFICATE OF SERVICE

I, AHMED M. AJAJ, HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE SERVED A COPY OF THIS LETTER UPON THE FOLLOWING BY MAIL ON 3-5-08: KHARDEEN I. SHILLINGER, HINSHAW & CULBERTSON, LLP, 780 THIRD AVENUE, 4th FLOOR, N.Y., N.Y. 10017 AND JOHN D. CLOPPER, AUSA, 86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, N.Y. 10007.

AHMED AJAJ

-3-