```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHMED MOHAMMAD AJAJ,

                           Plaintiff,                      07 Civ. 5959 (PKC) (DF)

           -against-                              **ORDER**

ROSEANN B. MACKECHNIE, et al.,

                       Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    Plaintiff *pro se* having filed a motion (Dkt. 36) requesting that the Court conduct a telephone or video conference in this matter, or, in the alternative, that the Court stay these proceedings, the motion for a conference is granted, and it is hereby

    ORDERED that the office of the United States Attorney shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on May 1, 2008, at 10:30 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
          April 18, 2008

                                                SO ORDERED

                                               _____
                                               DEBRA FREEMAN
                                               United States Magistrate Judge

<u>Copies to:</u>

Mr. Ahmad Mohammad Ajaj
40637-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

John D. Clopper, Esq.
Assistant U.S. Attorney
86 chambers St., 3rd Fl.
New York, NY 10007
212-637-2716
Fax: 212-637-0033