IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

CIVIL ACTION NO. 07 CIV. 5959 (PKC)(DCF)

AHMED MOHAMMAD AJAJ,
    PLAINTIFF,

v.

ROSEANN B. MACKECHNIE, ET. AL.,
    DEFENDANTS.

*The matter of receipt of the Fritz motion may be taken up with Magistrate Judge Freeman in the May 1 conference. SO ORDERED. [signature] USDJ 4-28-08*

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME DUE TO
CIRCUMSTANCES BEYOND PLAINTIFF'S CONTROL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE PLAINTIFF AHMED M. AJAJ, PRO SE, AND RESPECTFULLY REQUEST "60" DAYS EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS DUE TO SPECIAL CIRCUMSTANCES BEYOND PLAINTIFF'S CONTROL. IN SUPPORT OF THIS MOTION PLAINTIFF STATES:

1. ON 4-20-2008, RACIAL MOTIVED WAR (FIGHTING) BROKE BETWEEN INMATES AT PLAINTIFF'S PRISON RESULTED ON DEATH OF FEW INMATES AND MANY INJURIES.

2. UPON INFORMATION AND BELIEF, PLAINTIFF'S PRISON WILL BE KEPT UNDER TOTAL AND EMERGENCY LOCK-DOWN FOR AT LEAST ONE "1" MONTH OR MORE AND AS RESULT PLAINTIFF MAY NOT BE ALLOWED TO PURCHASE STAMPS TO MAIL HIS LEGAL MAIL, PENS AND OTHER NECESSARY

-1-

ITEMS FOR HIS LEGAL WORK AND OBTAIN ACCESS TO LEGAL MATERIALS UNTIL THE PRISON RETURN BACK TO NORMAL OPERATION.

3. TO THIS PRESENT DAY (4-21-2008) PLAINTIFF DID NOT RECEIVE DEFENDANT FRITZ'S MOTION TO DISMISS FILED ON 2-27-2008. (DOCKET DOCUMENTS # 32-33).

4. IF DEFENDANT FRITZ MAILED A COPY OF THE MOTION TO PLAINTIFF'S OLD ADDRESS AT ADX PLAINTIFF BELIEVE THAT ADX STAFF MISHANDLED THE MAIL OR GAVE IT TO ANOTHER INMATE OR STILL HOLDING IT.

5. PLAINTIFF CANNOT RESPOND TO A MOTION THAT HE HAS NEVER RECEIVED.

6. PLAINTIFF FILED BP-8 AND BP-9 COMPLAINTS REQUESTING THAT ADX MAIL-ROOM STAFF SEND HIM THE ABOVE MENTIONED MAIL IMMEDIATELY TO BE ABLE TO COMPLY WITH THIS HONORABLE COURT'S DEADLINE BUT THEY FAILED TO DO SO. (PLEASE, SEE PLAINTIFF'S MOTION AND DECLARATION FOR A TELEPHONE OR VIDEO CONFERENCE - EX. 1, DOCKET DOCUMENT # 35).

7. PLAINTIFF'S BP-9, CASE # 488282-F1, CONCERNING THE ABOVE MENTIONED MAIL IS STILL PENDING.

8. ON 2-27-2008, PLAINTIFF WAS TRANSFERRED FROM ADX TO USP FLORENCE AND TO THIS PRESENT DAY (4-21-2008) ADX STAFF ARE STILL HOLDING HIS STORED LEGAL MATERIALS DESPITE REPEATED

-2-

AND ALMOST DAILY REQUESTS TO RELEASE PLAINTIFF'S STORED LEGAL MATERIALS SO THAT HE BE ABLE TO COMPLY WITH THIS COURT'S DEADLINE ORDER. (PLEASE, SEE DOCKET DOCUMENT #35, EX.3).

9. PLAINTIFF FILED BP-9, CASE #489557-F1, REQUESTING THE IMMEDIATE RELEASE OF HIS STORED LEGAL MATERIALS TO BE ABLE TO WORK IN HIS CASE AND COMPLY WITH THE COURT'S DEADLINE ORDER, HOWEVER, PLAINTIFF STILL WAITING FOR RESPONSE.

10. AT THIS PRESENT TIME PLAINTIFF IS UNABLE TO GO FORWARD WITH HIS CASE DUE TO CIRCUMSTANCE BEYOND HIS CONTROL. (FOR MORE DETAIL PLEASE SEE DOCKET DOCUMENTS #35-36).

11. PLAINTIFF DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF INFORMATION, KNOWLEDGE AND BELIEF.

FOR THE ABOVE REASONS, PLAINTIFF RESPECTFULLY REQUEST THAT THIS MOTION BE GRANTED.

DATED: 4-21-2008.

RESPECTFULLY SUBMITTED,

AHMED M. AJAJ #40637-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226-7000

-3-

# CERTIFICATE OF SERVICE

I, <u>AHMED M. AJAJ</u>, hereby certify that I have served a true correct copy of the following:

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME DUE TO CIRCUMSTANCES BEYOND PLAINTIFF'S CONTROL.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack* 101 L. Ed. 2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in sealed, postage prepaid envelope addressed to: ① MS. KHARDEEN SHILLINGFORD, ATTORNEY AT LAW, HINSHAW & CULBERTSON LLP, 780 THIRD AVENUE, 4th FLOOR, NEW YORK, NY. 10017 ② MR. JOHN D. CLOPPER, ASSISTANT U.S. ATTORNEY U.S. ATTORNEY'S OFFICE, 86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NEW YORK 10007.

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: <u>21</u> day of: <u>APRIL</u> 2008