UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AHMAD MOHAMMAD AJAJ ,

                Plaintiff,                07 Civ. 5959 (PKC)

    -against-

                                 ORDER

ROSEANN B. MACKECHNIE, et al.,

                Defendants.

------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Based upon the report of the May 1 conference before Magistrate Judge Freeman, plaintiff's time to respond to all pending motions is extended to June 2, 2008. NO FURTHER EXTENSIONS. Replies, if any, are due June 27, 2008.

       SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         May 5, 2008

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/5/08]