UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AHMED MOHAMMAD AJAJ,

                      Plaintiff,         07 Civ. 5959 (PKC) (DF)

    -against-                           **ORDER**

ROSEANN B. MACKECHNIE, et al.,

                      Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone conference on May 1, 2008, with Plaintiff, who is proceeding *pro se*, and counsel for Defendants; it is hereby ORDERED that:

1. Discovery is stayed pending the next telephone conference.

2. The office of the United States Attorney shall make arrangements for Plaintiff and counsel for Defendant Fritz to participate in a follow-up telephone conference call with the Court on July 29, 2008, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
        May 1, 2008

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

5/5/08
_____
Freeman

Copies to:

Hon. P. Kevin Castel, U.S.D.J.

Mr. Ahmad Mohammad Ajaj
40637-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

John D. Clopper, Esq.
Assistant U.S. Attorney
86 chambers St., 3rd Fl.
New York, NY  10007
212-637-2716
Fax:  212-637-0033

Khardeen I. Shillingford, Esq.
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Fl.
New York, NY 10017