**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07 CIV. 5959 (PKC)(DF)

AHMED MOHAMMAD AJAJ,
   PLAINTIFF,

v.

ROSEANN B. MACKECHNIE, ET. AL.,
   DEFENDANTS.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

MOTION FOR LEAVE TO AMEND THE COMPLAINT TO PLEAD THE INNOCENCE REQUIREMENT FOR THE LEGAL MALPRACTICE CLAIMS

TO THE HONORABLE JUDGE OF THIS COURT:

   COMES NOW, THE PLAINTIFF AHMED M. AJAJ, PRO SE, AND RESPECTFULLY REQUEST LEAVE TO AMEND THE COMPLAINT TO PLEAD THE INNOCENCE REQUIREMENT FOR THE LEGAL MALPRACTICE CLAIMS. IN SUPPORT OF THIS MOTION PLAINTIFF STATES:

   1. ON 4-29-2008, PLAINTIFF RECEIVED A COPY OF DEFENDANT FRITZ'S MOTION TO DISMISS. IN HER MOTION TO DISMISS THE LEGAL MALPRACTICE CLAIMS SHE CLAIMS THAT THE "PLAINTIFF DOES NOT ALLEGE HIS INNOCENCE IN HIS COMPLAINT NOR DOES HE PRESENT A COLORABLE CLAIM OF HIS INNOCENCE". (MOTION TO DISMISS p. 9-10).

   2. IN HIS FIRST AMENDED COMPLAINT PLAINTIFF STATED THAT "124. PLAINTIFF, BY VIRTUE OF DEFENDANT'S MALPRACTICE IS UNABLE TO ESTABLISH HIS INNOCENCE NOR HE

-1-

CAN CHALLENGE HIS CONVICTION AND SENTENCE". (COMPLAINT p. 20); ALSO, THE COMPLAINT ALLEGES ("126. DEFENDANT FRITZ REPEATEDLY ADMITTED THAT PLAINTIFF IS INNOCENCE OF THE CRIMINAL CHARGES AGAINST HIM"). (COMPLAINT p. 20); AND THE COMPLAINT ALLEGES ("PLAINTIFF WOULD HAVE SUCCEEDED ON THE MERITS OF HIS PETITIONS BUT FOR DEFENDANT'S NEGLIGENCE ---PLAINTIFF RIGHT TO CHALLENGE HIS CONVICTION AND SENTENCE WERE LOST THROUGH THE DEFENDANT'S NEGLIGENCE"). (COMPLAINT p. 21, PLEASE, SEE ALSO COMPLAINT p. 30, PARAGRAPH 183).

3. DEFENDANT FRITZ CONTENDS THAT PLAINTIFF DID NOT ALLEGE HIS INNOCENCE IN HIS COMPLAINT. IF PLAINTIFF'S PLEADING WAS DEFECTIVE IN THIS RESPECT, THE DEFECT COULD EASILY BE CORRECTED BY AMENDMENT. SEE, e.g., GOMEZ v. USAA FED. SAV. BANK, 171 F.3d 794, 795 (2d Cir. 1999) ("A PRO SE COMPLAINT IS TO BE READ LIBERALLY. CERTAINLY THE COURT SHOULD NOT DISMISS WITHOUT GRANTING LEAVE TO AMEND AT LEAST ONCE WHEN A LIBERAL READING OF THE COMPLAINT GIVE ANY INDICATION THAT A VALID CLAIM MIGHT BE STATED").

4. THE AMENDED COMPLAINT WILL ADD TO PARAGRAPH 124 THE FOLLOWING ("124. PLAINTIFF, BY VIRTUE OF THE DEFENDANT'S MALPRACTICE IS UNABLE TO ESTABLISH HIS INNOCENCE NOR HE CAN CHALLENGE HIS CONVICTION AND SENTENCE. PLAINTIFF IS INNOCENCENCE OF THE CRIMINAL

CHARGES AGAINST HIM"). (PLEASE, SEE THE ATTACHED).

FOR THE ABOVE REASONS, PLAINTIFF RESPECTFULLY REQUEST THAT THIS COURT GRANT THIS MOTION.

DATED: MAY 7, 2008.

RESPECTFULLY SUBMITTED,

AHMED M. AJAJ
#40637-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226-7000

*[Handwritten judicial order:]* Plaintiff's motion is denied without prejudice. It will be deemed part of the motion to dismiss, including plaintiff's response to the motion as a request for leave to replead. I have denied the motion at this juncture is that there is a presently-pending motion to dismiss the first complaint which I will first rule upon. SO ORDERED. /s/ USDJ 5-20-08

-3-