**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

U.S. DISTRICT COURT
FILED
JUN 13 2008
S.D. OF N.Y.

PRO SE OFFICE

CIVIL ACTION No. 07 CIV. 5959 (PKC)

AHMED MOHAMMAD AJAJ,
            PLAINTIFF,

v.

ROSEANN B. MACKECHNIE, ET. AL.,
            DEFENDANTS.

Application denied -
SO ORDERED
6-19-08

PLAINTIFF'S REQUEST THAT DEFENDANTS' MOTIONS TO DISMISS BE REFERRED TO THE DESIGNATED MAGISTRATE JUDGE FOR ISSUING A REPORT AND RECOMMENDATION TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE PLAINTIFF AHMED M. AJAJ, PRO SE, AND RESPECTFULLY REQUEST THAT DEFENDANTS' MOTIONS TO DISMISS BE REFERRED TO THE HONORABLE DEBRA FREEMAN, U.S. MAGISTRATE JUDGE, FOR ISSUING A REPORT AND RECOMMENDATION. IN SUPPORT OF THIS MOTION PLAINTIFF STATE THE FOLLOWING:

1. ON JULY 6, 2007, THE HONORABLE P. KEVIN CASTEL, U.S. DISTRICT JUDGE, ISSUED AN "ORDER OF REFERENCE TO A MAGISTRATE JUDGE", REFERRING THE ABOVE ENTITLED ACTION TO THE HONORABLE DEBRA FREEMAN, U.S. MAGISTRATE JUDGE, FOR GENERAL PRE-TRIAL PURPOSES.

-1-

2. IN FEBRUARY, 2008, DEFENDANTS FILED MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.

3. ON OR AROUND JUNE 2, 2008, THE COURT RECEIVED PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT.

4. 28 U.S.C. § 636 (C), GIVES THE MAGISTRATE JUDGE THE LEGAL AUTHORITY TO ISSUE THE ABOVE REQUESTED REPORT AND RECOMMENDATION.

5. A REPORT AND RECOMMENDATION WILL BENEFIT ALL THE PARTIES IN THIS CASE, SAVE JUDICIAL RESOURCES AND MAY SAVE THE TIME OF THE HONORABLE P. KEVIN CASTEL BY ONLY REVIEWING SPECIFIC OBJECTIONS TO A PORTION OF THE REPORT AND RECOMMENDATION INSTEAD OF REVIEWING THE MOTIONS TO DISMISS AND PLAINTIFF'S RESPONSES.

FOR THE REASONS STATED ABOVE, I RESPECTFULLY REQUEST THAT THIS MOTION BE GRANTED.

DATED: JUNE 8, 2008.

RESPECTFULLY SUBMITTED,

AHMED M. AJAJ #40637-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226-7000

-2-