**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION No. 07 CIV. 5959 (PKC)(DCF)

AHMED MOHAMMAD AJAJ,
  PLAINTIFF,

v.

ROSEANN B. MACKECHNIE, ET. AL.,
  DEFENDANTS

*Application denied. Plaintiff has failed to demonstrate a sufficient need to deviate from service by mail.*

SO ORDERED
/s/
USDJ
6-1508

PLAINTIFF'S MOTION THAT HE BE ALLOWED TO SERVE THE DEFENDANTS' ATTORNEYS WITH HIS PLEADINGS AND CORRESPONDENCE VIA THE PRISON'S FAX SYSTEM TO THE HONORABLE JUDGE OF THIS COURT:

   COMES NOW, THE PLAINTIFF AHMED M. AJAJ, PRO SE, AND RESPECTFULLY REQUEST TO BE ALLOWED TO SERVE THE DEFENDANTS' ATTORNEYS WITH ALL HIS FUTURE PLEADINGS AND CORRESPONDENCE WITH THIS COURT THROUGH THE PRISON'S FAX MACHINE INSTEAD OF SERVING THEM THROUGH THE U.S. MAIL. THE PLAINTIFF MAKING THIS REQUEST FOR THE SAME REASONS STATED ON HIS PERVIOUS LETTER TO THE HONORABLE P. KEVIN CASTEL, U.S. DISTRICT JUDGE, DATED 2-14-2008, AND HIS LETTER TO THE HONORABLE DEBRA FREEMAN, U.S. MAGISTRATE JUDGE, DATED

- 1 -

10-23-2007. (DKT#18), AND TO AVOID PROBLEMS WITH THE MISHANDLING OF HIS FUTURE MAIL BY THE B.o.P MAIL-ROOM STAFF. (PLEASE, SEE DKT. 36). SEE, e.g., TRAGUTH v. ZUCK, 710 F.2d 90, 95 (2d Cir. 1983)("IMPLICIT IN THE RIGHT OF SELF-REPRESENTATION IS OBLIGATION ON THE PART OF THE COURT TO MAKE REASONABLE ALLOWANCES TO PROTECT PRO SE LITIGANT FROM INADVERTENT FORFEITURE OF IMPORTANT RIGHTS BECAUSE OF THEIR LACK OF LEGAL TRAINING"); NICKENS v. WHITE, 622 F.2d 967 (8th Cir. 1980)("COURTS MUST BE SENSITIVE TO THE SPECIAL PROBLEMS FACED BY PRISONERS ATTEMPTING TO PROCEED PRO SE IN VINDICATING THEIR CONSTITUTIONAL RIGHTS ---").

FOR THE REASONS STATED ABOVE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS MOTION BE GRANTED.

DATED: JUNE 8, 2008.

RESPECTFULLY SUBMITTED,

AHMED M. AJAJ #40637-053
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, CO 81226-7000

-2-