UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AHMED MOHAMMAD AJAJ,

                      Plaintiff,                  07 Civ. 5959 (PKC) (DF)

           -against-                        **ORDER**

ROSEANN B. MACKECHNIE, et al.,

                      Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that the office of the United States Attorney shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on August 6, 2008, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated:   New York, New York
           July 8, 2008

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies to:

Mr. Ahmad Mohammad Ajaj
40637-053
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

John D. Clopper, Esq.
Assistant U.S. Attorney
86 chambers St., 3rd Fl.
New York, NY 10007
212-637-2716
Fax: 212-637-0033

Khardeen Shillingford
Hinshaw & Culbertson LLP
780 Third Avenue, 4th Floor
New York, NY 10017