USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AHMED MOHAMMAD AJAJ,

                       Plaintiff,                    07 Civ. 5959 (PKC) (DF)

    -against-                                      **ORDER**

MARANDA E. FRITZ,

                       Defendant.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      This Court having held a telephone conference on August 6, 2008, with plaintiff, *pro se*, and counsel for defendant Fritz and former defendants, it is hereby ORDERED as follows:

      1.     The parties' initial document requests and interrogatories shall be served no later than September 30, 2008.

      2.     The parties' responses to initial document requests and interrogatories shall be served no later than October 31, 2008.

      3.     All fact discovery shall be completed no later than December 31, 2008.

      4.     Although, by separate Order of today's date, the Court has granted Plaintiff's application for the Court to request counsel to represent him, the Court expects discovery to proceed on the above schedule. If, however, an attorney files a notice of appearance on behalf of Plaintiff, the Court will consider adjusting these discovery deadlines, upon counsel's reasonable request.

      5.     Defendant's counsel shall make arrangements for plaintiff to participate in a follow-up telephone conference call with the Court on October 15, 2008, at 10:00 a.m., and shall

initiate that call to my chambers on that date. The Court requests that Defendant's counsel further make arrangements for counsel for the Bureau of Prisons ("BOP") to participate in the call, given that prison administration issues have arisen in this matter in the past, and, with respect to such matters, the participation of a BOP attorney has been helpful.

Dated:  New York, New York
        August 20, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Ahmad Mohammad Ajaj
40637-053
ADX Florence
P.O. Box 8500
Florence, CO 81226-8500

Khardeen Shillingford, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue, 4th Floor
New York, NY 10017

John D. Clopper, Esq.
Assistant U.S. Attorney
86 Chambers St., 3rd Fl.
New York, NY  10007