USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AHMED MOHAMMAD AJAJ,

                Plaintiff,

     -against-

MARANDA E. FRITZ,

                Defendant.
------------------------------------------------------------X

07 Civ. 5959 (PKC) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that the telephone conference call originally scheduled for April 23, 2009, shall be rescheduled for April 30, at 10:00 a.m. Defendant's counsel shall make arrangements for Plaintiff to participate in a follow-up telephone conference call with the Court on April 30, 2009, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
        April 20, 2009

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

cc: 4-20-09
 ... of Magistrate Judge Freeman

Copies to:

Mr. Ahmad Mohammad Ajaj
40637-053
ADX Florence
P.O. Box 8500
Florence, CO 81226-8500

Khardeen Shillingford, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue, 4th Floor
New York, NY 10017

John D. Clopper, Esq.
Assistant U.S. Attorney
86 Chambers St., 3rd Fl.
New York, NY  10007